IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IUDICIUM SOLUTIONS, LTD.,

    Plaintiff,

  v.

CURZON INVESTMENTS USA, LLC, *et al.*,

    Defendants.

No. C 16-04682 WHA

**ORDER TO SHOW CAUSE**

On October 21, this civil action was reassigned to the undersigned judge (Dkt. No. 9). On October 27, a Clerk's notice set an initial case management conference for December 1 and directed the parties to submit a case management statement by November 25 (Dkt. No. 10). No case management statement has been submitted, and no one appeared at the initial case management conference (Dkt. No. 12). Furthermore, it appears defendants have not been served, though plaintiff filed its complaint on August 15 and the 90-day deadline has passed (*see* Dkt. No. 1). *See* F.R.C.P. 4(m). Therefore, plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff's response is due by **DECEMBER 15**. A hearing on the matter is set for **DECEMBER 22 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: December 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE