**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IUDICIUM SOLUTIONS, LTD., | No. C 16-04682 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE HEARING ON ORDER TO SHOW CAUSE** |
| CURZON INVESTMENTS USA, LLC, *et al.*, | |
| Defendants. | |

On December 2, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution. A hearing on the order is currently set for December 22 (Dkt. No. 13). The Court has reviewed plaintiff's response, which requests to continue the hearing for 90 days (Dkt. No. 14 at 2). The request is **DENIED**. The Court expects counsel to appear at the hearing on December 22.

**IT IS SO ORDERED.**

Dated: December 16, 2016.

　　　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE