IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IUDICIUM SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CURZON INVESTMENTS USA, LLC, *et al.*, <br><br> Defendants. | No. C 16-04682 WHA <br><br> **ORDER AFTER HEARING ON ORDER TO SHOW CAUSE** |

As stated on the record, plaintiff must serve defendants by **APRIL 20, 2017, AT NOON**, or this action will likely be dismissed. A further case management conference is set for **APRIL 27, 2017, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 28, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE